**ORDERED ACCORDINGLY.**



# T I F F A N Y  &  B O S C O
P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-66487/2000236910

**Dated: June 05, 2009**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

IN RE:

Alain Calderon and Yelina Corona
       Debtors.
_____

Saxon Mortgage Services, Inc.

        Movant,
    vs.

Alain Calderon and Yelina Corona, Debtors;
S. William Manera, Trustee.

       Respondents.
_____

No. 2:08-bk-10350-GBN

Chapter 7

**ORDER APPROVING STIPULATION
FOR REMOVAL OF BANKRUPTCY STAY**

RE:  Real Property Located at
1440 West La Jolla Drive
Tempe, AZ 85282

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned,

that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a),

are hereby vacated effective immediately with respect to the real property which is the subject of the

Deed of Trust recorded in the records of the Maricopa County, Arizona Recorder's Office, wherein

Alain Calderon and Yelina Corona, are designated as trustors and Saxon Mortgage Services, Inc. is the

beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real

property:

> Lot 9, FIESTA VILLAGES, according to Book 265 of Maps, page 42 and amended in Book 280 of Maps, page 5 and amended in Book 314 of Maps, page 17 and amended in Book 418 of Maps, page 12, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that the debtors has no desire to maintain or keep the property and

has decided to surrender his interest in the property legally described herein.

IT IS FURTHER ORDERED that Movant is now permitted, in its discretion to commence or

conduct a Trustee's Sale, commence judicial foreclosure, or take whatever other actions necessary to

protect their interest in the above legally described property.

IT IS FURTHER ORDERED that an Order Lifting Stay will remain in full force and effect in

any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that any hearing scheduled in the matter be vacated.

DATED this _____ day of _____, 2009.


_____
United States Bankruptcy Court Judge